IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 12-cv-00274-WYD-CBS

JULIA MORGAN,

    Plaintiff,

v.

GOODWILL INDUSTRIES OF DENVER, INC.,

    Defendant.

_____

**ORDER AFFIRMING AND ADOPTING RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**
_____

THIS MATTER is before the Court on defendant, Goodwill Industries of Denver, Inc.'s ("Goodwill") Motion For Summary Judgment Dismissing All Of Plaintiff's Claims [ECF No. 14] and Magistrate Judge Shaffer's Recommendation [ECF No. 20].  Because the plaintiff, Julia Morgan, proceeds *pro se*, I referred Goodwill's Motion For Summary Judgment Dismissing All Of Plaintiff's Claims [ECF No. 14] to Magistrate Judge Shaffer on May 1, 2013. ECF No. 15.  On July 19, 2013, Magistrate Judge Shaffer issued a Recommendation [ECF No. 20] stating that Goodwill's Motion For Summary Judgment Dismissing All Of Plaintiff's Claims [ECF No. 14] should be granted.  The Recommendation [ECF No. 20] is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1), Rule 72(b) of the FEDERAL RULES of CIVIL PROCEDURE, D.C.COLO.LCivR. 72.1.

Magistrate Judge Shaffer advised the parties that objections to the Recommendation [ECF No. 20] must be filed within 14 days after service of a copy of

the Recommendation [ECF No. 20]. ECF No. 20, p.18.  As of Friday, December 20, 2013, no party has filed objections.  Because the parties did not file objections to Magistrate Judge Shaffer's Recommendation [ECF No. 20], I am vested with discretion to review it "under any standard [I] deem[] appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings").  Nonetheless, though not required to do so, I review the Recommendation to "satisfy [my]self that there is no clear error on the face of the record."[1] Advisory Committee Notes to FED. R. CIV. P. 72(b).

Having reviewed the Recommendation [ECF No. 20], I am satisfied that there is no clear error on the face of the record.  I find that Magistrate Judge Shaffer's Recommendation [ECF No. 20] is thorough, well-reasoned, and sound.  Further, I agree that Goodwill's Motion For Summary Judgment Dismissing All Of Plaintiff's Claims [ECF No. 14] should be granted and that Goodwill is entitled to summary judgment on Morgan's claims.

## CONCLUSION

After careful consideration of the matters before this Court, it is

ORDERED that Magistrate Judge Shaffer's Recommendation [ECF No. 20] is **AFFIRMED** and **ADOPTED**.  As such, it is

FURTHER ORDERED that Goodwill's Motion For Summary Judgment

---

[1] Note, this standard of review is something less than a "clearly erroneous or contrary to law" standard of review, FED. R. CIV. P. 72(a), which in turn is less than a *de novo* review, FED. R. CIV. P. 72(b).

Dismissing All Of Plaintiff's Claims [ECF No. 14] is **GRANTED** and Morgan's claims are **DISMISSED WITH PREJUDICE**.

Dated: December 20, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U.S. District Judge